## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>MAHMOUND BADI HOURANI<br>KHAOULA HOURANI<br>207 STONECREEK DRIVE<br>APEX, NC 27539 | CASE NO: 19-04262-5-DMW<br>CHAPTER 13 |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby **WITHDRAWS** his Trustee's Motion to Dismiss. grounds for said Motion are no longer applicable.

DATED: March 24, 2022

                                                      */s/ John F. Logan*
                                                      JOHN F. LOGAN
                                                      CHAPTER 13 TRUSTEE

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Withdrawal Of Trustee's Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by electronic transmission pursuant to Local Rule 5005-4(9)(b).

DATED: March 24, 2022

                                                      /s/ Pam Cason
                                                      Case Administrator